**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
SHEILA TATAYON, State Bar No. 149401
2489 Sunrise Blvd., Ste. A
Gold River, CA 95670
Telephone: (916) 400-2734
Telecopier: (916) 400-2744

Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP;
and RAYMOND LARSEN and LYNN LARSEN,
doing business as LARSEN APPLE BARN AND BAKE SHOP

JEFF A. HARRISON (SBN 151227)
SARA P. KUNKEL (SBN 260240)
**BARBOSA, METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 414-9400
Fax: (310) 414-9200
JHarrison@bmhlegal.com
Skunkel@bmhlegal.com

Attorneys for Plaintiffs,
JEREMY MAJORS and ALLISON SOUTHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LARSEN APPLE BARN AND BAKE SHOP; and RAYMOND LARSEN and LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP;<br><br>　　　　Defendants. | CASE NO:  2:12-CV-00462 MCE EFB<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT; ORDER** |

1  The parties through their respective counsel of record hereby STIPULATE AND AGREE to
2 extend the deadline for the filing and submission of the JOINT STATUS REPORT.  Pursuant to the
3 Court's ORDER REQUIRING JOINT STATUS REPORT (Document 3), within 60 days of service
4 of the complaint, the parties are to confer as required by Fed. R. Civ. P. 26(f) and prepare and submit
5 a JOINT STATUS REPORT.  As the First-Amended Complaint was filed and served on May 3, 2012,
6 the current deadline for submission of the JOINT STATUS REPORT is July 3, 2012.  Defendants have
7 tendered the defense of this matter to their insurance carrier and are waiting response.  The parties
8 agree that in the interests of efficiency and judicial economy, that they will wait for the response before
9 filing the JOINT STATUS REPORT.

10  Therefore the parties STIPULATE AND AGREE that they will meet and confer by July 16,
11 2012 and will submit the JOINT STATUS REPORT by July 20, 2012.

12 DATED:  June 15, 2012                **THE COSTA LAW FIRM**

13                                     By:     **/S/ SHEILA TATAYON**
                                             SHEILA TATAYON
14                                             Attorneys for Defendants

15 DATED:  June 15, 2012                **BARBOSA, METZ & HARRISON, LLP**
16
17                                     By:     **/S/ SARA P. KUNKEL**
                                             SARA P. KUNKEL
                                             Attorneys for Plaintiffs
18

19                                    **ORDER**

20  GOOD CAUSE APPEARING, IT IS SO ORDERED:

21  Dated:  June 19, 2012

22
23                                    _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE
24