1 | **THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2 | SHEILA TATAYON, State Bar No. 149401
2489 Sunrise Blvd., Ste. A
3 | Gold River, CA 95670
Telephone:  (916) 400-2734
4 | Telecopier:  (916) 400-2744

5 | Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP;
6 | and RAYMOND LARSEN and  LYNN LARSEN,
doing business as LARSEN APPLE BARN AND BAKE SHOP
7 |
JEFF A. HARRISON (SBN 151227)
8 | SARA P. KUNKEL (SBN 260240)
**BARBOSA, METZ & HARRISON, LLP**
9 | 139 Richmond Street
El Segundo, CA 90245
10 | Tel: (310) 414-9400
Fax: (310) 414-9200
11 | JHarrison@bmhlegal.com
Skunkel@bmhlegal.com
12 |
Attorneys for Plaintiffs,
13 | JEREMY MAJORS and ALLISON SOUTHARDS

15 | UNITED STATES DISTRICT COURT

16 | EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS, | CASE NO:  2:12-CV-00462 MCE EFB |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE  TO SUBMIT JOINT STATUS REPORT; ORDER** |
| v. | |
| LARSEN APPLE BARN AND BAKE SHOP; and RAYMOND LARSEN and  LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP; | |
| Defendants. | |

STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT

- 1 -

1  The parties through their respective counsel of record hereby STIPULATE AND AGREE to extend the deadline for the filing and submission of the JOINT STATUS REPORT.  Pursuant to the Court's ORDER REQUIRING JOINT STATUS REPORT (Document 3), within 60 days of service of the complaint, the parties are to confer as required by Fed. R. Civ. P. 26(f) and prepare and submit a JOINT STATUS REPORT.  As the First-Amended Complaint was filed and served on May 3, 2012, the current deadline for submission of the JOINT STATUS REPORT is July 3, 2012. Defendants have tendered the defense of this matter to their insurance carrier and are waiting response.  The parties agree that in the interests of efficiency and judicial economy, that they will wait for the response before filing the JOINT STATUS REPORT.

Therefore the parties STIPULATE AND AGREE that they will meet and confer by July 16, 2012 and will submit the JOINT STATUS REPORT by July 20, 2012.

DATED:  June 15, 2012                     **THE COSTA LAW FIRM**

By:  **/S/ SHEILA TATAYON**
SHEILA TATAYON
Attorneys for Defendants

DATED:  June 15, 2012                     **BARBOSA, METZ & HARRISON, LLP**

By:  **/S/ SARA P. KUNKEL**
SARA P. KUNKEL
Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE