DANIEL P. COSTA (SBN 110919)
NATALIE S. BUSTAMANTE (SBN 258724)
**THE COSTA LAW FIRM**
2489 Sunrise Boulevard, Suite A
Gold River, CA 95670
Tel: (916) 400-2734
Fax: (916) 400-2744
dpc@costalaw.net
nsb@costalaw.net

Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP; and
RAYMOND LARSEN and LYNN LARSEN,
dba LARSEN APPLE BARN AND BAKE SHOP

JEFF A. HARRISON (SBN 151227)
SARA P. KUNKEL (SBN 260240)
**METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
jharrison@metzharrison.com
skunkel@metzharrison.com

Attorneys for Plaintiffs
JEREMY MAJORS and ALLISON SOUTHARDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>LARSEN APPLE BARN AND BAKE SHOP, and RAYMOND LARSEN and LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP;<br><br>              Defendants. | Case No.: 2:12-CV-00462 MCE-EFB<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY** |

1

1   The parties through their respective counsel of record hereby stipulate and request the Court enter an Order to extend the deadline for completing non-expert discovery by sixty (60) days from May 10, 2013, to July 10, 2013.

Pursuant to the Court's PRETRIAL SCHEDULING ORDER (Document 17), the parties are to complete discovery, with the exception of expert discovery, by May 10, 2013.  Defendants have responded to Plaintiffs' written discovery, and are in the process of negotiating settlement terms prior to conducting additional discovery.  The parties agree that the interests of efficiency and judicial economy will best be served by allowing for additional time to complete settlement negotiations without conducting unnecessary discovery in an effort to avoid waiver of Defendants' right to do so.

Therefore, IT IS HEREBY STIPULATED by and between all the parties to this action to extend the deadline to complete non-expert discovery from May 10, 2013, to **July 10, 2013**.

DATED: April 25, 2013        **THE COSTA LAW FIRM**

By:    _/S/ NATALIE S. BUSTAMANTE_____
DANIEL P. COSTA
NATALIE S. BUSTAMANTE
Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP; and
RAYMOND LARSEN and LYNN LARSEN,
dba LARSEN APPLE BARN AND BAKE SHOP

DATED: April 25, 2013        **METZ & HARRISON, LLP**

By:    _/S/ SARA P. KUNKEL_____
JEFF A. HARRISON
SARA P. KUNKEL
Attorneys for Plaintiffs
JEREMY MAJORS and ALLISON SOUTHARDS

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the deadline to complete non-expert discovery be and hereby is extended to **July 10, 2013**.

**IT IS SO ORDERED.**

DATE: May 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT