1

DANIEL P. COSTA (SBN 110919)
NATALIE S. BUSTAMANTE (SBN 258724)

2

**THE COSTA LAW FIRM**
2489 Sunrise Boulevard, Suite A

3

Gold River, CA 95670
Tel: (916) 400-2734

4

Fax: (916) 400-2744

5

dpc@costalaw.net
nsb@costalaw.net

6

7

Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP; and

8

RAYMOND LARSEN and LYNN LARSEN,
dba LARSEN APPLE BARN AND BAKE SHOP

9

10

JEFF A. HARRISON (SBN 151227)
SARA P. KUNKEL (SBN 260240)

11

**METZ & HARRISON, LLP**
139 Richmond Street

12

El Segundo, CA 90245
Tel: (310) 648-8755

13

Fax: (310) 648-8734

14

jharrison@metzharrison.com
skunkel@metzharrison.com

15

16

Attorneys for Plaintiffs
JEREMY MAJORS and ALLISON SOUTHARDS

17

18

**UNITED STATES DISTRICT COURT**

19

**EASTERN DISTRICT OF CALIFORNIA**

20

21

JEREMY MAJORS and ALLISON
SOUTHARDS,

22

Plaintiffs,

23

vs.

24

LARSEN APPLE BARN AND BAKE SHOP,

25

and RAYMOND LARSEN and LYNN
LARSEN, doing business as LARSEN APPLE

26

BARN AND BAKE SHOP;

27

Defendants.

28

Case No.: 2:12-CV-00462 MCE-EFB

**JOINT STIPULATION AND ORDER
EXTENDING DEADLINE TO COMPLETE
DISCOVERY**

1    The parties through their respective counsel of record hereby stipulate and request the Court

2    enter an Order to extend the deadline for completing non-expert discovery by sixty (60) days from

3    May 10, 2013, to July 10, 2013.

4    Pursuant to the Court's PRETRIAL SCHEDULING ORDER (Document 17), the parties are

5    to complete discovery, with the exception of expert discovery, by May 10, 2013.  Defendants have

6    responded to Plaintiffs' written discovery, and are in the process of negotiating settlement terms

7    prior to conducting additional discovery.  The parties agree that the interests of efficiency and

8    judicial economy will best be served by allowing for additional time to complete settlement

9    negotiations without conducting unnecessary discovery in an effort to avoid waiver of Defendants'

10   right to do so.

   Therefore, IT IS HEREBY STIPULATED by and between all the parties to this action to

11

12   extend the deadline to complete non-expert discovery from May 10, 2013, to **July 10, 2013**.

13

14   DATED: April 25, 2013          **THE COSTA LAW FIRM**

15

16                        By:    _/S/ **NATALIE S. BUSTAMANTE**_____
                                 DANIEL P. COSTA
17                               NATALIE S. BUSTAMANTE
                                 Attorneys for Defendants
18                               LARSEN APPLE BARN AND BAKE SHOP; and
                                 RAYMOND LARSEN and LYNN LARSEN,
19                               dba LARSEN APPLE BARN AND BAKE SHOP

20

21   DATED: April 25, 2013          **METZ & HARRISON, LLP**

22

23                        By:    _/S/ **SARA P. KUNKEL**            _____
                                 JEFF A. HARRISON
24                               SARA P. KUNKEL
                                 Attorneys for Plaintiffs
25                               JEREMY MAJORS and ALLISON SOUTHARDS

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the deadline to complete non-expert discovery be and hereby is extended to **July 10, 2013**.

**IT IS SO ORDERED.**

DATE: May 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT