1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS,<br><br>      Plaintiffs,<br><br>vs.<br><br>LARSEN APPLE BARN AND BAKE SHOP, *et al.*,<br><br>      Defendants. | Case No.: 2:12-CV-00462 MCE EFB<br><br>*[Assigned to Hon. Morrison C. England, Jr., Ctrm. 7]*<br><br><u>**Civil Rights**</u><br><br>**[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT** |

---

**[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT**
Case No.: 2:12-cv-03505-DMG (Ex)                                                                                                      1

1  Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the
2  following orders:
3      1.  The concurrently filed CONSENT DECREE FOR SETTLEMENT OF
4  INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT is ORDERED.
5      2.  The Court shall retain jurisdiction of this action to enforce provisions of this Consent
6  Decree and Order.
7      **IT IS SO ORDERED.**
8  DATED: May 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT