1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS, | ) Case No.: 2:12-CV-00462 MCE EFB )  ) *[Assigned to Hon. Morrison C. England, Jr., Ctrm. 7]* |
| Plaintiffs, | ) ) |
| vs. | ) **Civil Rights** ) |
| LARSEN APPLE BARN AND BAKE SHOP, *et al.*, | ) **[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT** |
| Defendants. | ) ) ) ) ) |

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT is ORDERED.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

DATED: May 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT