| | |
|---|---|
| 1 | DANIEL P. COSTA (SBN 110919) |
| | NATALIE S. BUSTAMANTE (SBN 258724) |
| 2 | **THE COSTA LAW FIRM** |
| | 2489 Sunrise Boulevard, Suite A |
| 3 | Gold River, CA 95670 |
| | Tel: (916) 400-2734 |
| 4 | Fax: (916) 400-2744 |
| 5 | dpc@costalaw.net |
| | nsb@costalaw.net |
| 6 | |
| 7 | Attorneys for Defendants |
| | LARSEN APPLE BARN AND BAKE SHOP; and |
| 8 | RAYMOND LARSEN and LYNN LARSEN, |
| | dba LARSEN APPLE BARN AND BAKE SHOP |

JEFF A. HARRISON (SBN 151227)
SARA P. KUNKEL (SBN 260240)
**METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
jharrison@metzharrison.com
skunkel@metzharrison.com

Attorneys for Plaintiffs
JEREMY MAJORS and ALLISON SOUTHARDS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS, | Case No.: 2:12-CV-00462 MCE-EFB |
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE: EXPERT DISCOVERY** |
| vs. | |
| LARSEN APPLE BARN AND BAKE SHOP, and RAYMOND LARSEN and LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP; | |
| Defendants. | |

---

JOINT STIPULATION RE: EXPERT DISCOVERY
Case No. 2:12-CV-00462 MCE-EFB                                                                                                   1

Pursuant to this Court's Order (Docket number 20), the Parties were to designate in writing, file with the Court, and serve upon all other parties their initial expert disclosures and reports by July 10, 2013. Both parties filed and served their initial expert disclosures on July 10, 2013. Plaintiffs previously informally agreed to allow Defendants to file their initial expert report(s) by July 24, 2013 (Docket number 25). Defendants have requested a further extension of time to August 5, 2013 to file their initial expert report(s). Therefore, the Parties, through their respective counsel of record, hereby stipulate and request this Court enter an Order as to the following:

1. Defendants shall serve and file any and all reports generated by their expert, Larry Wood, to be used at time of trial, no later than **August 5, 2013;**

2. Plaintiffs are entitled to supplement their expert disclosure of Karl Danz by **August 5, 2013;** and

3. Both Parties waive the right to seek preclusion of any expert testimony or evidence that is the subject of this stipulation.

DATED: July 24, 2013              **THE COSTA LAW FIRM**

                                  By:   /s/ Natalie S. Bustamante (as authorized on 7.24.13)
                                        DANIEL P. COSTA
                                        NATALIE S. BUSTAMANTE
                                        Attorneys for Defendants
                                        LARSEN APPLE BARN AND BAKE SHOP; and
                                        RAYMOND LARSEN and LYNN LARSEN,
                                        dba LARSEN APPLE BARN AND BAKE SHOP

DATED: July 24, 2013              **METZ & HARRISON, LLP**

                                  By:   /s/ Sara P. Kunkel
                                        JEFF A. HARRISON
                                        SARA P. KUNKEL
                                        Attorneys for Plaintiffs
                                        JEREMY MAJORS and ALLISON SOUTHARDS

# ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants shall serve and file any and all reports generated by their expert, Larry Wood, to be used at time of trial, no later than **August 5, 2013;** Plaintiffs shall supplement their expert disclosure of Karl Danz by **August 5, 2013;** and both Parties waive the right to seek preclusion of any expert testimony or evidence that is the subject of this stipulation.

**IT IS SO ORDERED.**

**Dated:  August 2, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT