DANIEL P. COSTA (SBN 110919)
NATALIE S. BUSTAMANTE (SBN 258724)
**THE COSTA LAW FIRM**
2489 Sunrise Boulevard, Suite A
Gold River, CA 95670
Tel: (916) 400-2734
Fax: (916) 400-2744
dpc@costalaw.net
nsb@costalaw.net

Attorneys for Defendants
LARSEN APPLE BARN AND BAKE SHOP; and
RAYMOND LARSEN and LYNN LARSEN,
dba LARSEN APPLE BARN AND BAKE SHOP

JEFF A. HARRISON (SBN 151227)
SARA P. KUNKEL (SBN 260240)
**METZ & HARRISON, LLP**
139 Richmond Street
El Segundo, CA 90245
Tel: (310) 648-8755
Fax: (310) 648-8734
jharrison@metzharrison.com
skunkel@metzharrison.com

Attorneys for Plaintiffs
JEREMY MAJORS and ALLISON SOUTHARDS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS, | Case No.: 2:12-CV-00462 MCE-EFB |
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE: EXPERT DISCOVERY** |
| vs. | |
| LARSEN APPLE BARN AND BAKE SHOP, and RAYMOND LARSEN and LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP; | |
| Defendants. | |

1       Pursuant to this Court's Order (Docket number 20), the Parties were to designate in writing,

2   file with the Court, and serve upon all other parties their initial expert disclosures and reports by

3   July 10, 2013.   Both parties filed and served their initial expert disclosures on July 10, 2013.

4   Plaintiffs previously informally agreed to allow Defendants to file their initial expert report(s) by

5   July 24, 2013 (Docket number 25).   Defendants have requested a further extension of time to

6   August 5, 2013 to file their initial expert report(s).   Therefore, the Parties, through their respective

7   counsel of record, hereby stipulate and request this Court enter an Order as to the following:

8       1.  Defendants shall serve and file any and all reports generated by their expert, Larry

9           Wood, to be used at time of trial, no later than **August 5, 2013;**

10      2.  Plaintiffs are entitled to supplement their expert disclosure of Karl Danz by **August 5,**

11          **2013;** and

12      3.  Both Parties waive the right to seek preclusion of any expert testimony or evidence that

13          is the subject of this stipulation.

14

15  DATED: July 24, 2013                    **THE COSTA LAW FIRM**

16

17                              By:     /s/ Natalie S. Bustamante (as authorized on 7.24.13)

18                                      DANIEL P. COSTA
                                        NATALIE S. BUSTAMANTE

18                                      Attorneys for Defendants

19                                      LARSEN APPLE BARN AND BAKE SHOP; and
                                        RAYMOND LARSEN and LYNN LARSEN,

20                                      dba LARSEN APPLE BARN AND BAKE SHOP

21

22  DATED: July 24, 2013                    **METZ & HARRISON, LLP**

23

24                              By:     /s/ Sara P. Kunkel

25                                      JEFF A. HARRISON
                                        SARA P. KUNKEL

26                                      Attorneys for Plaintiffs
                                        JEREMY MAJORS and ALLISON SOUTHARDS

27

28

1

## ORDER

2

3       Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY

4   ORDERED that Defendants shall serve and file any and all reports generated by their expert, Larry

5   Wood, to be used at time of trial, no later than **August 5, 2013;** Plaintiffs shall supplement their

6   expert disclosure of Karl Danz by **August 5, 2013;** and both Parties waive the right to seek

7   preclusion of any expert testimony or evidence that is the subject of this stipulation.

**IT IS SO ORDERED.**

8   **Dated:  August 2, 2013**

9

10  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

11  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28