UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS,<br><br>Plaintiffs,<br><br>v.<br><br>LARSEN APPLE BARN AND BAKE SHOP, et al.,<br><br>Defendants. | No. 2:12-CV-00462-MCE-EFB<br><br>**ORDER RE: AMENDED CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT** |

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed AMENDED CONSENT DECREE FOR SETTLEMENT OF INJUNCTIVE RELIEF PORTION OF PLAINTIFFS' COMPLAINT is ORDERED.

///
///
///
///
///
///

1

2. The Court shall retain jurisdiction of this action to enforce provisions of this Amended Consent Decree and Order.

IT IS SO ORDERED.

Dated: January 13, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT