**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY MAJORS and ALLISON SOUTHARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>LARSEN APPLE BARN AND BAKE SHOP, and RAYMOND LARSEN and LYNN LARSEN, doing business as LARSEN APPLE BARN AND BAKE SHOP;<br><br>Defendants. | Case No.: 2:12-CV-00462 MCE-EFB<br><br>**Civil Rights**<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS PLAINTIFFS' ACTION** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the Parties, the above-captioned action is hereby dismissed with prejudice as against all Defendants.

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT